```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 04 B 34570
   SYLVIA A SOUTHWARD
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER


           Debtor
   SSN XXX-XX-6021

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 09/17/2004 and was confirmed 02/02/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

      The case was paid in full 09/08/2008.
------------------------------------------------------------------------------
                                                          INTEREST      PRINCIPAL
   CREDITOR NAME              CLASS         CLAIM AMOUNT   PAID          PAID
------------------------------------------------------------------------------
   CAPITAL ONE AUTO FINANCE  SECURED         14921.25      2430.72       14921.25
   CAPITAL ONE AUTO FINANCE  UNSECURED        1883.94          .00         188.39
   U HAUL                    SECURED NOT I   NOT FILED        .00            .00
   U HAUL                    UNSECURED       NOT FILED        .00            .00
   ROBERT J ADAMS & ASSOC    PRIORITY        NOT FILED        .00            .00
   AMERICAN COLLECTIONS REC  UNSECURED       NOT FILED        .00            .00
   CHARTER ONE BANK          UNSECURED       NOT FILED        .00            .00
   CITY OF CHICAGO PARKING   UNSECURED          680.00        .00          68.00
   AMERITECH ADVERTISING SE  UNSECURED       NOT FILED        .00            .00
   SOUTH SUBURBAN HOSPITAL   UNSECURED       NOT FILED        .00            .00
   COMMONWEALTH EDISON       UNSECURED       NOT FILED        .00            .00
   ECAST SETTLEMENT CORP     UNSECURED          517.71        .00          51.77
   TCF BANK                  UNSECURED       NOT FILED        .00            .00
   MCI COMMUNICATIONS        UNSECURED       NOT FILED        .00            .00
   RESURGENT ACQUISITION LL  UNSECURED          298.56        .00          29.86
   RESURGENT ACQUISITION LL  UNSECURED             .00        .00            .00
   SECRETARY OF HOUSING & U  SECURED NOT I    4622.35         .00            .00
   ROBERT J ADAMS & ASSOC    REIMBURSEMENT     210.00         .00          210.00
   ROBERT J ADAMS & ASSOC    DEBTOR ATTY     2,200.00                    2,200.00
   TOM VAUGHN                TRUSTEE                                     1,256.03
   DEBTOR REFUND             REFUND                                        266.98

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
   TRUSTEE             21,623.00

   PRIORITY                                     210.00
   SECURED                                   14,921.25
       INTEREST                               2,430.72
   UNSECURED                                    338.02

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 34570 SYLVIA A SOUTHWARD
```

```
ADMINISTRATIVE                                               2,200.00
TRUSTEE COMPENSATION                                         1,256.03
DEBTOR REFUND                                                  266.98
                                    ---------------    ---------------
TOTALS                                    21,623.00          21,623.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/22/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE